UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware Corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>BERNIE LITTLE BEVERAGES, LLC, ET AL.,<br><br>            Defendants. | No. CV-08-6804-RSWL (CWx)<br><br>**ORDER** |

    IT IS ORDERED that the parties show cause why this case should not be dismissed for lack of subject matter jurisdiction.

    This case was brought in this Court on October 16, 2008.

1 District courts have original jurisdiction over: (1) civil actions against foreign states; (2) civil actions arising under the Constitution, laws or treaties of the United States; and (3) civil actions where there is complete diversity of citizenship among the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.  28 U.S.C. § et seq.

Plaintiff's unsupported assertion that the amount in dispute is "estimated to exceed $75,000," without any connection to the claim at issue, is insufficient for this Court to establish that Plaintiff has met the amount in controversy requirement.

Therefore, the parties have until no later than November 24, 2008, to respond demonstrating why this case should not be dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATE: October 23, 2008